# Order

Michigan Supreme Court
Lansing, Michigan

March 22, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146627-8

_____

AHMED CHAKKOUR,
       Petitioner-Appellee,

v

TONYA CHAKKOUR,
       Respondent-Appellant.

SC: 146627
COA: 309854
Wayne CC: 11-104461-PP

_____/

TONYA CHAKKOUR,
       Plaintiff-Appellant,

v

AHMED CHAKKOUR,
       Defendant-Appellee.

SC: 146628
COA: 310006
Wayne CC: 11-103999-DM

_____/

On order of the Court, the application for leave to appeal the December 20, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2013

Clerk

s0319